**Felice ABBY, Individually and on behalf of all similarly situated, Plaintiff–Appellant,**

v.

**Robert PAIGE, Windy Pointe Home-owners Association, Inc., Defendants–Appellees.**

**No. 13–10630**
**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Feb. 4, 2014.

Sina Negahbani, Miami, FL, for Plaintiff–Appellant.

Robert Paige, Miami, FL, pro se.

Susan H. Aprill, Fowler White Burnett, PA, Fort Lauderdale, FL, Scott Eichhorn, Fowler White Burnett, PA, Ft Lauderdale, FL, Michael L. Elkins, Bressler Amery & Ross, PC, Fort Lauderdale, FL, for Defendants–Appellees.

Before TJOFLAT, JORDAN, and HILL, Circuit Judges.

PER CURIAM:

The district judge, in an opinion analyzing each issue between the parties, rendered judgments in favor of plaintiff and defendant. We have carefully reviewed the opinion accompanying those results, the exhaustive record, and the brief of each party.

Finding no error, the judgment of the district court is affirmed.

AFFIRMED.